1  McGREGOR W. SCOTT
   United States Attorney
2  MELANIE L. ALSWORTH
   VINCENTE TENNERELLI
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,          CASE NO.  5:19-MJ-00049 JLT

                        Plaintiff,    [PROPOSED] FINDINGS AND ORDER
13                                    EXTENDING TIME FOR PRELIMINARY
                v.                    HEARING PURSUANT TO RULE 5.1(d) AND
14                                    EXCLUDING TIME
   ROJELIO GARCIA,
15                                    (Doc. 11)
                        Defendant.
16

17

18
       The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing
19
   Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on December 4, 2019.
20
   The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,
21
   demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule
22
   5.1(d) of the Federal Rules of Criminal Procedure.
23
       Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
24
   of justice served by granting this continuance outweigh the best interests of the public and the defendant
25
   in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would
26
   not adversely affect the public interest in the prompt disposition of criminal cases.
27

28

                                        1

THEREFORE, FOR GOOD CAUSE SHOWN:

1.     The date of the preliminary hearing is extended to December 9, 2019, at 2:00 p.m. in Fresno, California.

2.     The time between December 6, 2019, and December 9, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.     Defendant shall appear at that date and time before the Magistrate Judge on duty at the Federal Courthouse, 2500 Tulare Avenue, Fresno, California.

IT IS SO ORDERED.

Dated:    **December 4, 2019**                      **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE